**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**HENRY JOSEPH LANERI, III, #R0205**                                      **PETITIONER**

**v.**                                                                **CIVIL NO. 1:16-cv-366-HSO-MTP**

**COMMISSIONER FISHER**                                              **RESPONDENT**

### FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [24] of United States Magistrate Judge Michael T. Parker, entered in this case on April 25, 2017, and Petitioner Henry Joseph Laneri's Objections to the Report and Recommendation [25] filed May 5, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [24], the Petition [1], Petitioner's Objections [25], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 3rd day of July, 2017.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE